NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYREEK J. JACOBS, <br><br> Plaintiff, <br><br> v. <br><br> PO ROBERT KEEGAN and PATERSON POLICE DEPARTMENT, <br><br> Defendants. | Civil Case No. 18-10038 (SDW)(LDW) <br><br><br> **ORDER** <br><br><br> January 7, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on December 10, 2018 by Magistrate Judge Leda Dunn Wettre ("Judge Wettre"), recommending that plaintiff's case be dismissed without prejudice. Neither Plaintiff nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 26) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc: Magistrate Judge Wettre
      Parties